IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ALAN DOERING                                                                                    PLAINTIFF
ADC # 106115

v.                          Case No. 2:19-cv-00165 BSM

ASA HUTCHINSON, Governor,                                                              DEFENDANTS
Arkansas, et al.

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Joe J. Volpe [Doc. No.5] has been received. After *de novo* review of the record, the RD is adopted. This case is dismissed without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 3rd day of March 2020.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE